**No. 46890.**—Protests 23426–K, etc., of Barkers Bros. et al. (Los Angeles, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46891.**—Protests 48404–K, etc., of T. C. Carlin Co. et al. (Boston).

Opinion by WALKER, J. It was stipulated that the merchandise is the same as that the subject of *Rice* v. *United States* (T. D. 47371). The protests were therefore sustained as to this claim but overruled in all other respects.

**No. 46892.**—Protests 47126–K, etc., of Stone & Downer Co. (Boston).

Opinion by WALKER, J. Inasmuch as the merchandise was imported after the effective date of the British Trade Agreement (T. D. 49753) the rough welting kip butts in question were held dutiable at 10 percent under paragraph 1530 (b) (7) as claimed. *Filoon* v. *United States* (3 Cust. Ct. 189, C. D. 230) and *Rice* v. *United States* (7 id. 109, C. D. 547) followed.

JANUARY 27, 1942

**No. 46893.**—Suit 4357.—■■■■■■■■■■■■■—*United States* v. *Mitsui & Co., Ltd.* C. D. 411 reversed. C. A. D. 185.

**No. 46894.**—Suit 4349.—■■■■■■■■—*United States* v. *Bryant & Heffernan, Inc.* C. D. 417 reversed. C. A. D. 187.

BEFORE THE FIRST DIVISION, JANUARY 28, 1942

**No. 46895.**—Protests 938077–G, etc., of R. H. Macy & Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of *Curtis* v. *United States* (T. D. 48341) the claim under paragraph 1120 was sustained.

**No. 46896.**—Protest 3674–K of Gershgorn & Co., Inc. (Los Angeles).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that so-called watch bracelets are the same in all material respects as those the subject of *Gershgorn* v. *United States* (6 Cust. Ct. 72, C. D. 429), except that they are prepared for the setting of precious or semiprecious stones, and in view of T. D.